No. 282.  UNITED STATES *v.* DAVIS ET UX.  C. A. 6th Cir.  Certiorari granted.  *Solicitor General Griswold, Assistant Attorney General Walters, Harris Weinstein,* and *Melva M. Graney* for the United States.  *Robert G. McCullough* and *William Waller* for respondents.

No. 300.  TATE ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  Certiorari granted.  *Omer Luellen* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Robert S. Lynch* for respondent Hickel.

No. 395.  UNITED STATES *v.* SECKINGER, TRADING AS M. O. SECKINGER Co.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for the United States.  *Frank S. Cheatham, Jr.,* for respondent.

No. 540.  ROSADO ET AL. *v.* WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL.  C. A. 2d Cir.  Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied.  Certiorari and motion to expedite granted.  *Lee A. Albert* and *Robert P. Borsody* for petitioners.  *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Amy Juviler,* Assistant Attorney General, and *Philip Weinberg* for respondents.